United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. DARLINGTON, | No. C-06-0084 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| GLAXOSMITHKLINE, | |
| Defendant / | |

By order filed December 22, 2005 in the Eastern District of California, the above-titled action was transferred to this District, and, on January 9, 2006, was assigned to the undersigned.

In order to facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit, no later than January 20, 2006, a chambers copy of the Notice of Removal, filed in the Eastern District on August 19, 2005.

**IT IS SO ORDERED.**

Dated:  January 13, 2006

MAXINE M. CHESNEY
United States District Judge