JOHN F. PRENTICE, ESQ. SBN 087606
ROBERT D. POSTAR, ESQ. SBN 103538
JOHN F. PRENTICE & ASSOCIATES
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile: (510) 597-0718

CLYDE I. BUTTS, ESQ. SBN 88020
ATTORNEY AT LAW
1225 Alpine Road, Suite 204
Walnut Creek, CA 94596
Telephone: (925) 943-1850
Facsimile: (925) 943-7994

Attorneys for Plaintiff
SUSAN E. DARLINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN E. DARLINGTON,

        Plaintiff

  v.

GLAXOSMITHKLINE, a corporation and DOES 1 through 25,

        Defendants.
_____/

CASE NO. C06-00084 MMC

**ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION**

Based on the Stipulation of the Parties and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the time in which the parties are required to complete mediation is extended for a period of 90 days, so the mediation must be completed on or before October 10, 2006.

IT IS SO ORDERED:

Dated: July 5, 2006

Honorable Maxine M. Chesney,
Judge of the Northern District Court